UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. <u>23-8096-RMM</u>

UNITED STATES OF AMERICA

v.

SHANON MEHKI SMITH,

                  **Defendant.**
_____/

FILED BY ____SP____ D.C.

Feb 23, 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  ___ Yes  ✓ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?  ___ Yes  ✓ No

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

BY:  *Rinku Tribuiani*
Rinku Tribuiani
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.    0150990
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:       (561) 820-8711
Fax:      (561) 820-8777
Email:    RTribuiani@usa.doj.gov

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>SHANON MEHKI SMITH,<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  23-8096-RMM<br>)<br>)<br>) |

FILED BY ___SP___ D.C.
Feb 23, 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __February 22, 2023__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. 1708 | Attempting to receive stolen mail matter |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

*Eduardo Gonzalez*
*Complainant's signature*

U.S. Postal Inspector Eduardo Gonzalez, USPIS
*Printed name and title*

Sworn and Attested to me by Applicant by Telephone (FaceTime) pursuant to Fed. R. Crim. P. 4(d) and 4.1

Date: 2/23/23

*Judge's signature*

City and state: West Palm Beach, FL          Ryon M. McCabe, U.S. Magistrate Judge
*Printed name and title*

## Affidavit

I, Eduardo González, being first duly sworn, depose and state as follows:

## Introduction

1. I have been a U.S. Postal Inspector with the United States Postal Inspection Service ("USPIS") since September 2006. I am currently assigned to the Miami Division, West Palm Beach Domicile miscellaneous team of the USPIS and one of my responsibilities are investigations involving the Theft of U.S. Mail. I have personally participated in more than 100 investigations involving Mail Theft, in violation of 18 U.S.C. §§ 1701, 1703, 1704, 1705 and 1708.

2. This affidavit is submitted in support of a criminal complaint charging Shanon Mehki Smith with attempting to obtain stolen mail matter, in violation of 18 U.S.C. § 1708.

3. This affidavit is based on my personal knowledge and investigation by others, including local law enforcement officials whom I know to be reliable and trustworthy. The facts contained herein have been obtained by conducting surveillance as well as examining documents and evidence obtained during surveillance.

4. As the affidavit is submitted for the sole purpose of establishing probable cause, I have not set forth all information known to me about this investigation. Rather, I have set forth those facts and information which I believe are sufficient to establish probable cause.

## PROBABLE CAUSE

5. On or about January 3, 2023, USPIS received information from a Postal Letter Carrier (hereinafter "Carrier") stating that someone had reached out to the Carrier via text, offering to pay the Carrier money for providing the individual with stolen mail. On January 11, 2023, Postal Inspectors interviewed the Carrier. The Carrier stated the individual identified himself as "Brandon" and offered to pay the Carrier $10,000 weekly if the Carrier stole mail for "Brandon". "Brandon" also sent the Carrier via text message the below referenced photo of an envelope filled with money.



The Carrier told "Brandon" that the Carrier was not interested and stopped all communication with "Brandon" by blocking his cell number. The Carrier then reached out to Postal Inspectors.

6. Postal Inspectors asked the Carrier to unblock "Brandon's" number. The Carrier was instructed to notify agents if "Brandon" ever attempted to reach out to the Carrier again. The Carrier was also instructed to tell "Brandon" that while the Carrier was not interested in the proposition, the Carrier may know a "co-worker" who would be interested.

7. On February 5, 2023, "Brandon" contacted the Carrier by cell phone and asked if the Carrier had reconsidered the proposition. The Carrier negated but informed "Brandon" that the Carrier had a co-worker who may be interested but who was on vacation at the time. The Carrier informed "Brandon" that the Carrier would provide the co-worker with "Brandon's" number once the co-worker returned from vacation.

8. On February 16, 2023, an undercover agent (UC) posing as the Carrier's "co-worker" texted "Brandon". Soon after, "Brandon" contacted the UC via telephone and explained how the UC could get paid between $20,000 - $30,000 per month if the UC could provide "Brandon" with stolen mail. "Brandon" wanted the UC to either provide stolen checks, or 800-1500 pieces of stolen

mail which "Brandon" and his team would sort through. "Brandon" texted the UC pictures of checks and an envelope filled with money. "Brandon" claimed that he and his team earned $200,000 per week.





"Brandon" said he had a whole network of people he worked with. "Brandon" explained that mail went missing all the time and the UC could take mail and stay under the radar. "Brandon" explained that he made money by cashing "glass," stolen checks obtained from the mail. The UC asked if "Brandon" needed the UC to get him ("Brandon") mail. "Brandon" affirmed and said that he had a team that would sort through the mail. "Brandon" explained that he had worked with another carrier for the past 2 years but had recently moved and was looking for a new carrier to collaborate with. "Brandon" explained that the UC knew where the cameras were so the UC could easily put aside two stacks and no one would notice. "Brandon" said that mail went missing all the time.

Later that evening, "Brandon" and the UC agreed to meet the following day to discuss a plan of action.

9. On February 18, 2023, at approximately 7:30 p.m., the UC met with "Brandon" at the Palm Beach Outlet Mall parking lot. "Brandon" entered the UC's vehicle and began talking about "Brandon's" organized operation. "Brandon" stated to the UC, "I be cooking up checks and we be smacking hard." "Brandon" also began to show the UC several photos of mail and checks contained on "Brandon's" cell phone, as well as photos of a recent Chase Bank receipt where "Brandon" deposited $20,000. "Brandon" and the UC also discussed ways the UC could steal mail and Postal Arrow Keys for "Brandon". They agreed to meet the following week for their first exchange of stolen mail and possibly a Postal Arrow Key. This meeting between the UC and Smith was audio and videorecorded. The following is a still photograph taken of Smith as he met with the UC.



10.     After the meeting was conducted, Postal Inspectors and PBSO conducted moving surveillance on "Brandon". "Brandon" subsequently drove to the Seminole Casino (5550 NW 40th Street Coconut Creek, FL). With the assistance of Seminole Casino security, "Brandon" was stopped and identified as Shanon Mehki Smith. The UC was provided with a driver's license photo of Smith and he positively identified him as "Brandon".

11.     On February 21, 2023, during a series of text messages, Smith asked the UC to "focus on stashing and key." The UC said that the UC was unavailable that day. Smith asked, "Will you still be grab some stash at all today to go through?" The UC responded that the UC would stash away mail and meet Smith the following day after work. Smith agreed. The two agreed to meet in a Lowes parking lot.

12. On February 22, 2023, at approximately 5:15 p.m., the UC (dressed as a Postal Service Letter Carrier) met with Smith in the Lowes parking lot. The UC and Smith exited their respective vehicles. The UC told Smith that the UC had been unable to secure a Postal Arrow Key. Smith asked the UC to try to obtain a key for a different route because Smith had other individuals who were ready to hit postal cluster boxes. The UC brought out of his vehicle the first tray of mail and handed it to Smith, who then placed the mail in the trunk of Smith's vehicle. The UC then retrieved the second tray of mail and handed it to Smith, who then placed it in the trunk of Smith's vehicle. Smith then got into his car. Before Smith could drive away, agents moved in and placed Smith under arrest.

13. Smith's vehicle was towed incident to arrest and a tow inventory was completed. Agents recovered in Smith's vehicle three cellular telephones, three debit cards in other person's names, and the two trays of U.S. Mail.

14. Smith was taken to PBSO District 9 Office (11498 Okeechobee Blvd. Royal Palm Beach, FL) and interviewed. During an approximate 90-minute post-*Miranda* interview, Smith claimed that his acquaintance named "Chase Bans" asked Smith to pick up some packages from an individual (the UC) and then deliver said packages to another unknown individual at a Publix. The unknown individual at Publix would then pay Smith $100. Smith claimed that he had never met the UC prior to being arrested, a statement known to be false. Agents played for Smith the audio of his first telephone conversation with the UC. When confronted with this recording, Smith claimed that he was not sure that it was him on the tape. It should be noted that agents listened to Smith's voice during the entirety of the interview and are certain that Smith's voice matches the voice of the individual who communicated with the UC.

## CONCLUSION

Based upon this investigation and the above stated information, I submit that probable cause exists to believe that Shanon Mehki Smith attempted to obtain stolen mail matter, in violation of 18 U.S.C. 1708.

*Eduardo González*
Eduardo González
U.S. Postal Inspector
United States Postal Inspection Service

Sworn and attested to me by Applicant by Telephone (FaceTime) per the requirements of Fed. R. Crim. P. 4(d) and 4.1 on the __23__ day of February 2023.

_____
RYON M. MCCABE
UNITED STATES MAGISTRATE JUDGE